JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEBRANDS CORP., | Case No. 2:19-cv-09158-AB-JPR |
| Plaintiff, | **ORDER RE: JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |
| v. | |
| ALTAIR INSTRUMENTS, INC., | |
| Defendant. | |

The Court, having reviewed the Joint Stipulation for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) submitted by Plaintiff Telebrands Corp. and Defendant Altair Instruments, Inc. and good cause appearing, the Court HEREBY ORDERS:

Plaintiff Telebrands Corp.'s claims in this matter are dismissed without prejudice.

IT IS SO ORDERED.

Dated: March 26, 2020

_____
Honorable Andre Birotte Jr.
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify the on March 25, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

DATED: March 25, 2020      By:    s/ Peter J. Farnese
                                                           Peter J. Farnese
                                                           Beshada Farnese LLP